**Larry M. STEELE, Petitioner—Appellant,**

v.

**Patricia R. STANSBERRY, Warden, Respondent—Appellee.**

No. 05–7332.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 16, 2005.

Decided Dec. 28, 2005.

Larry M. Steele, Appellant Pro Se.

Before WILKINSON, LUTTIG, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Larry M. Steele, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error because the claim is foreclosed by our decision in *Yi v. Federal Bureau of Prisons*, 412 F.3d 526 (4th Cir.2005). Accordingly, we grant leave to proceed in forma pauperis and affirm the order of the district court. *See Steele v. Stansberry*, No. CA–05–381–5 (E.D.N.C. July 27, 2005). We dispense with oral argument because the facts and

legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*